IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-CR-00325-01-BCW |
| ) | |
| JUAN GUZMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. #119) denying Defendant Juan Guzman's Motion to Suppress Statements (Doc. #101). Defendant filed objections (Doc. #120) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge John T. Maughmer's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #119), Defendant's Motion to Suppress Statements (Doc. #101) is DENIED. It is further

ORDERED that Magistrate Judge John T. Maughmer's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: September 24, 2020         /s/ Brian C. Wimes
                                  JUDGE BRIAN C. WIMES
                                  UNITED STATES DISTRICT COURT