# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUAN GUZMAN, )<br>)<br>Defendant. ) | Case No. 4:18-CR-00325-1-BCW |

## ORDER

Before the Court is Magistrate Judge Gaddy's Report and Recommendation (Doc. #166) denying Defendant Guzman's Motion for Leave of Court to File Supplemental Motion to Suppress Statement (Doc. #152), filed on November 2, 2020. On November 12, 2020, the Government filed its opposition (Doc. #157), and Defendant filed a Reply on November 25, 2020 (Doc. #160). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Gaddy's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #166), Defendant's Motion for Leave of Court to File Supplemental Motion to Suppress Statement (Doc. #152) is DENIED. It is further

ORDERED that Magistrate Judge Gaddy's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 13, 2021 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT