IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-CR-00325-1-BCW |
| | ) | |
| JUAN GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Gaddy's Report and Recommendation (Doc. #205) finding Defendant is competent to stand trial. On April 14, 2021, Defendant filed a motion for a determination of Defendant's mental competency to stand trial. (Doc. #183). On April 15, 2021, Magistrate Judge Gaddy granted the motion. (Doc. #184). On September 15, 2021, a hearing was held for the purpose of determining Defendant's mental competency to stand trial. (Docs. #195, 196). On September 29, 2021, a second hearing was held for the same purpose. (Docs. #202, 203). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Gaddy's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #205), the Court finds Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. It is further

ORDERED that Magistrate Judge Gaddy's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 18, 2021

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT